

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-65,038-02

### EX PARTE BRANDON LOHRAN WOODARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F00-53218-M IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to imprisonment for life. The Fifth Court of Appeals affirmed his conviction in *Woodard v. State*, No. 05-02-00839-CR (Tex. App– Dallas April 8, 2003, no pet.).

On January 27, 2014, the State filed an answer to the instant application and requested that the trial court make findings in regard to Applicant's claims of actual innocence. On February 11, 2014, a timely order designating issues was signed by the trial court. Even though it appeared that the trial court wished to resolve the issues designated in the ODI, the habeas record was forwarded

to this Court without any findings. We remand this application to the 194th District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter the appropriate findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 1, 2014
Do not publish